

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00955-CV

**IN RE ACADEMY, LTD.**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

Delivered and Filed: December 27, 2018

PETITION FOR WRIT OF MANDAMUS DISMISSED

Relator filed a letter asking this court to dismiss the petition for writ of mandamus because the parties reached an agreement resolving the issue raised in the petition. We grant the request and dismiss the petition for writ of mandamus.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2017CI23341 & 2018CI14368, styled *Chris Ward, et al. v. Academy, Ltd. d/b/a Academy Sports + Outdoors*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Angelica Jimenez presiding.